NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEGRATED TECHNOLOGY CORPORATION** AND **NEVADA INTEGRATED TECHNOLOGY CORPORATION,**
*Plaintiffs-Appellees,*

v.

**RUDOLPH TECHNOLOGIES, INC.** AND **MARINER ACQUISITION COMPANY LLC,**
*Defendants-Appellants.*

---

2014-1820

---

Appeal from the United States District Court for the District of Arizona in No. 2:06-cv-02182-ROS, Chief Judge Roslyn O. Silver.

---

**ON MOTION**

---

**O R D E R**

Rudolph Technologies, Inc. and Mariner Acquisition Company move for a 60-day extension of time, until January 13, 2015, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                  FOR THE COURT

                                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

s21